# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# MISSOULA DIVISION



FILED
SEP 13 2016
Clerk, U.S. District Court
District Of Montana
Missoula

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>LANSING T. HOLLOWAY<br>MELANIE M. MARTIN<br>AARON E. WILSON,<br><br>Defendants. | PO-16-5096-M-JCL<br>PO-16-5099-M-JCL<br>PO-16-5105-M-JCL<br><br>CVB Violation No:<br>F4659302, FAJD003N,<br>F4571781<br><br>ORDER DISMISSING |

The government has moved to dismiss the above referenced violation notices with prejudice. Accordingly,

**IT IS ORDERED** that violation notices F4659302, FAJD003N, F4571781 are **DISMISSED**.

The Clerk of Court is directed to forward a copy of this order to the U.S. Attorney's Office, the Defendants, and to the Central Violations Bureau at P.O. Box 780549, San Antonio, Texas 78278-0549. CVB is directed to enter **NC** as the disposition codes in this matter.

DONE and DATED this 13th day of September, 2016.

Jeremiah C Lynch
United States Magistrate Judge

c: USA
Def
CVB

ORDER DISMISSING - PAGE 1